NO. 01-14-00366-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 10:02:56 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST
JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

CHRISTOPHER WASHINGTON, Appellant

VS.

THE STATE OF TEXAS, Appellee

On Appeal from the 178TH Judicial District Court
Harris County, Texas
Trial Court Cause No. 1259853

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, CHRISTOPHER WASHINGTON, Appellant and files this, his Motion to Extend Time to File Appellant's Brief and for good cause would show the Court as follows:

Appellant's brief was due on January 26, 2015. Appellant is turning the brief in along with this Motion to Extend Time on January 28, 2015. Counsel would request an extension of two days. During the last 30 days Counsel has been busy on the following matter alongside the Appellant's Brief:

1. *Efrain Lopez v. State of Texas,* in cause number 14-14-00758-CR, an appeal out of the Court of Appeals for the Fourteenth Judicial District of Texas—Houston. This case involves a non-death capital appeal out of the 179th District Court of Harris County, Texas. The appeal stems from a week long trial. The brief in this case is due on February 2nd, 2015. Counsel is working diligently to meet that deadline.

2. *In re Michael Glynn Brown,* cause number 13-35892-H4-7, in the United States Bankruptcy Court for the Southern District of Texas. This case involves the bankruptcy proceedings of Michael Glynn Brown's estate, and an investigation into the location of his assets. Counsel has a hearing scheduled in this case on January 29, 2015. This case involves 1,000s of pages of discovery which must be reviewed in order to prepare for the hearing. Counsel is working on getting prepared for that hearing.

3. *United States v. Ramola Brown,* 4:12-CR-00366, in the United States District Court for the Southern District of Texas—Houston Division. This case involves a federal marijuana and cocaine distribution conspiracy based out of Houston, Texas. The trial in this case started on January 27, 2015 and is expected to last until January 30, 2015. Counsel has been reviewing documents, talking to witnesses, and preparing for trial over the last two weeks.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that the court grant this motion and extend the time for filing his brief for two days until January 28, 2015.

Respectfully submitted,


WENDELL A. ODOM, JR.
Texas Bar No. 15208500
440 Louisiana Street, Suite 200
Houston, Texas 77002
(713) 223-5575
(713) 224-2815 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was delivered to the Court of Appeals, a copy being faxed to the Assistant District Attorney in this cause on this the 28th day of January, 2015.


WENDELL A. ODOM, JR.

3

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

On this day personally appeared **WENDELL A. ODOM, JR.,** who stated under oath as follows:

"My name is **WENDELL ODOM.** I am the attorney of record for the Appellant in this cause. I have read the foregoing **Motion for an Extension of Time to File Appellant's Brief,** and swear that the matters contained in such motion are true and correct."

WENDELL A. ODOM, JR.

SWORN TO AND SUBSCRIBED before me on this the 28th day of January 2015, to which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MARY C MOORE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPT. 3, 2016

4

NO. 01-14-00366-CR

---

IN THE COURT OF APPEALS
FOR THE FIRST
JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

---

CHRISTOPHER WASHINGTON, Appellant

VS.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 178TH Judicial District Court
Harris County, Texas
Trial Court Cause No. 1259853

---

## ORDER

On this day came on to be heard Appellant's **Motion for Extension of Time within which to File Appellant's Brief.**

It is the opinion of this Court that the **Motion to Extend Time to File Appellant's Brief** should be and is hereby **GRANTED**, and it is therefore **ORDERED** that the Appellant's Brief is due to be filed in this Court on _____ day of _____, 2015.

**SIGNED** on this the _____ day of _____, 2015.

_____
**JUDGE PRESIDING**

5